PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of New York

2/8/11

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kaseem Stukes                                  Docket Number: 03-CR-00601-001

Name of Sentencing Judicial Officer: Honorable Robert W. Sweet, Senior U.S. District Judge

Date of Original Sentence: November 23, 2004

Original Offense: Ct.1:Distribution and Possession with Intent to Distribute Crack {21 U.S.C. 812, 841(a)(1)}, a Class C Felony; Ct.2:Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime {18 U.S.C. 924(c)(1)(A)(I)}, a Class A Felony; Ct.3:Felon in Possession of a Firearm {18 U.S.C. 922(g)(1)}, a Class C Felony; Distribution and Possession with Intent to Distribute Crack {21 U.S.C. 812, 841(a)(1)}, a Class C Felony.

Original Sentence: Forty-six (46) months imprisonment on Counts 1 & 4 to run concurrent with each other and count 3, sixty (60) months imprisonment on Count 2 to run consecutively to Counts 1, 3 & 4, forty-six (46) months imprisonment on Count 3 to run concurrently with Counts 1 & 4. 106 months total imprisonment, followed by a three (3) year term of supervised release on Counts 1 & 4, three (3) years supervised release on Count 2 and two (2) year supervised release on Count 3. All terms of supervised release will run concurrently.

Type of Supervision: Supervised Release                     Date Supervision Commenced: August 23, 2010

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

*The defendant shall participate in an outpatient and/or inpatient mental health treatment program as approved by the Probation Department. The defendant shall adhere to any psycho-tropic medication regime that is prescribed by a licensed mental health professional. The defendant shall pay the costs of such treatment and/or medication to the degree he or she is reasonable able, and shall cooperate in securing any available third party payment, such as insurance or medicare. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay.*

## CAUSE

During an office visit with USPO Margaret A. Foley (EDNY) on December 2, 2010, the releasee admitted to struggling with feelings of depression and requested the assistance of a mental health professional.

| | |
|---|---|
| Kaseem Stukes | Docket No.: 03-CR-00601-001 |

- 3 -

## SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

On November 23, 2004, Kaseem Stukes was sentenced by Your Honor to 106 months imprisonment, followed by a three (3) year term of supervised release after pleading guilty to Ct.1:Distribution and Possession with Intent to Distribute Crack {21 U.S.C. 812, 841(a)(1)}, a Class C Felony; Ct.2:Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime {18 U.S.C. 924(c)(1)(A)(I)}, a Class A Felony; Ct.3:Felon in Possession of a Firearm {18 U.S.C. 922(g)(1)}, a Class C Felony; Distribution and Possession with Intent to Distribute Crack {21 U.S.C. 812, 841(a)(1)}, a Class C Felony. In addition, the Court ordered the special conditions of search, drug and alcohol treatment and $400 special assessment. On August 23, 2010, Kaseem Stukes was released from the Bureau of Prisons at which time he commenced his three (3) year term of supervised release in the Eastern District of New York (EDNY).

On December 2, 2010, the releasee reported to the probation office (EDNY) and completed a Psychological Inventory of Criminal Thinking Styles (PICTS) questionnaire, an 80 item self report instrument designed to assess thinking styles. A review of the questionnaire revealed that the releasee responded "strongly agree" to item number 27, which states "I regularly hear voices and see visions which others do not hear or see". The Offender admitted to his supervising officer Margaret A. Foley (EDNY) that he was struggling with feelings of depression and requested the assistance of a mental health professional. In response to his request, the Probation Department (EDNY) referred the releasee to Long Island Consultation Center for a psychiatric evaluation and individual counseling. In addition, supervision of his case was transferred to a probation officer specializing in mental health issues for close monitoring.

Stukes adjustment to supervision is marginal. He is unemployed and resides with his sister in an apartment located at 2229 Dix Avenue, 1D, Far Rockaway, NY. The Probation Department (EDNY) referred him to the Hope Program for Job readiness training. However, he failed to show and was discharged from the program.

It is worthy to note that on September 7, 2010, the Probation Department (EDNY) referred the releasee to Samaritan Village for outpatient drug treatment. He successfully completed the program on December 21, 2010. Since the commencement of supervision the releasee has submitted 17 urine specimens which have tested negative for the presence of illicit drugs.

Mr. Stukes was advised of his right to a hearing and voluntarily waived that right as evidenced by his signature on the attached Waiver of Hearing to Modify the Conditions of Supervised Release (Probation 49).

Kaseem Stukes                                                              Docket No.: 03-CR-00601-001

- 3 -

## RECOMMENDATION

At this time, we respectfully recommend that the releasee's conditions be modified so that Mr. Stukes will obtain the help needed to address his mental health issues.

                                                              Respectfully submitted,

                                                        by    *[signature]*
                                                              Giavonnii A. Foderingham
                                                              U.S. Probation Officer Asst.
                                                              212-805-5082

Approved By:
*[signature]*     2/7/11
Enid Febus        Date
Supervising U.S. Probation Officer

Kaseem Stukes                                                       Docket No.: 03-CR-00601-001

- 4 -

*P40037/GAF:klh*

THE COURT ORDERS:

[ ]   No Action

[ ]   The Extension of Supervision as Noted Above

[✓]   The Modification of Conditions

[ ]   Other

_____

_____

_____

_____

Signature of Judicial Officer

2·7·11

Date